**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7017**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

ANTHONY CURTIS DOSWELL,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CR-93-483-HAR, CA-97-3161-AW)

———————————

Submitted:  October 8, 1998          Decided:  November 16, 1998

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Anthony Curtis Doswell, Appellant Pro Se.  Andrew George Warrens Norman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Curtis Doswell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal, although on the alternative ground that Doswell's motion was filed outside the one-year limitations period imposed by § 2255.[*] Doswell's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Doswell's conviction became final in June 1995, and he did not file his § 2255 motion until November 1997 -- more than one year after the date the conviction became final and more than one year after the effective date of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214.